ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 10 2022

CLERK U.S. DISTRICT COURT
By: _____
      Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:22-MJ-637 |
| LAUREN WHITNEY MOORE (01) | |

## CRIMINAL COMPLAINT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

Possession of a Controlled Substance with Intent to Distribute

On or about March 30, 2022, in the Fort Worth Division of the Northern District of Texas, defendant **Lauren Whitney MOORE**, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a schedule II-controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

I, Special Agent Brian Finney, affiant, under oath, duly state that I am a Special Agent with the Drug Enforcement Administration (DEA), assigned to the Fort Worth District Office in the Dallas Field Division. The statements set forth in this affidavit are true and correct to the best of my knowledge and belief, but are not inclusive of all the evidence or information in the case.

1. On March 30, 2022, Hood County Sheriff's Office Street Crimes Unit and Deputies with the United States Marshals Service were attempting to locate and arrest **Lauren Whitney MOORE** on an outstanding Federal arrest warrant for a violation of her conditions of supervised release from a previous Federal drug conviction.

While attempting to locate **Lauren Whitney MOORE**, Deputies with the Hood County Sheriff's Office observed **Lauren Whitney MOORE** driving a black motorcycle fail to signal a turn; Deputies also saw that the black motorcycle did not have a license plate. Deputies attempted to stop **Lauren Whitney MOORE** by activating their emergency lights and siren; however, **Lauren Whitney MOORE** failed to stop and attempted to flee on the black motorcycle. While fleeing, Deputies witnessed **Lauren Whitney MOORE** reach into her sweater and throw a clear plastic baggie, which contained an off-white substance. Deputies also saw **Lauren Whitney MOORE** reach into her sweater multiple times and into her mouth/face area; it appeared to Deputies that **Lauren Whitney MOORE** was trying to get rid of whatever she was reaching for and biting into it. After several turns, **Lauren Whitney MOORE** stopped the black motorcycle and was taken into custody. As Deputies arrested **Lauren Whitney MOORE**, Deputies observed a large amount of crystal-like substance fall to the ground. After placing **Lauren Whitney MOORE** in handcuffs, Deputies observed crystal-like substance all over her face, sweater, and her groin area. After having **Lauren Whitney MOORE** in custody, Deputies attempted to collect the crystal-like substance from the ground. After being advised on her Miranda Warnings, **Lauren Whitney MOORE** admitted that she knew that she had an outstanding Federal Arrest Warrant. **Lauren Whitney MOORE** then admitted that when Deputies initiated the traffic stop, she **(Lauren Whitney MOORE)** had approximately one (1) ounce of methamphetamine in a sandwich bag, in her possession. Deputies successfully recovered approximately 25.7 gross grams of crystal-like substance from the ground.

2.  After the Deputies submitted the 25.7 gross grams of crystal-like substance to the laboratory, it was confirmed to contain 13.6 grams of methamphetamine.

3.  Based upon the above facts and circumstances, there is probable cause to believe that **Lauren Whitney MOORE** did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1).

_____
Brian Finney
Special Agent
Drug Enforcement Administration

SWORN AND SUBSCRIBED before me on this 10th day of August 2022, at 1:33 am/pm in Fort Worth, Texas.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE