IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. |
| LAUREN WHITNEY MOORE (01) | 4:22-cr-253-P |

### INDICTMENT

The Grand Jury Charges:

#### Count One

Possession of a Controlled Substance with Intent to Distribute
(Violation of 21 U.S.C. § 841)

On or about March 30, 2022, in the Fort Worth Division of the Northern District of Texas, defendant **Lauren Whitney Moore** did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

Indictment - Page 1

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

A TRUE BILL.

_____
FOREPERSON

CHAD E. MEACHAM
UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455
Email: Shawn.Smith2@usdoj.gov

**Indictment - Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

LAUREN WHITNEY MOORE (01)

INDICTMENT

21 U.S.C. § 841(a)(1) and (b)(1)(C)
Possession of a Controlled Substance with Intent to Distribute
Count 1

A true bill rendered

<u>DALLAS</u>                                                      <u>FOREPERSON</u>

Filed in open court this 24th day of August, 2022.

**Warrant to Issue – In State Custody**

------

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 4:22-MJ-637-BJ