UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MINUTE ORDER

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 30 2022
CLERK, U.S. DISTRICT COURT
By Laura Montes, Deputy

| | |
|---|---|
| Type hearing: | Arraignment - **NON-EVIDENTIARY** |
| Case number: | 4:22-CR-253-P |
| Defendant: | Lauren Whitney Moore |
| Interpreter: | N/A |
| Court Reporter: | DIGITAL |
| US attorney: | Shawn Smith |
| Defense attorney: | Curt Crum |
| Time in Court: | 6 minutes |
| Judge: | Magistrate Judge Jeffrey L. Cureton |
| Date of hearing: | August 30, 2022 |
| Status: | The Defendant entered a plea of not guilty to the Indictment. Deft continued in custody |
| Days in Court: | one |
| Hearing concluded: | Yes |
| Deputy Clerk: | Julie Harwell |

Other Information: