IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:22-CR-253-P |
| LAUREN WHITNEY MOORE (01) | |

GOVERNMENT'S MOTION TO DISMISS

TO THE HONORABLE MARK T. PITTMAN, UNITED STATES DISTRICT JUDGE:

The United States Attorney for the Northern District of Texas, by and through the undersigned Assistant United States Attorney, files this Government's Motion to Dismiss the Indictment filed on August 24, 2022, as to defendant **LAUREN WHITNEY MOORE**.

In the interest of justice, the government moves to dismiss the indictment without prejudice as to defendant **LAUREN WHITNEY MOORE.**

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

*s/ Alex C. Lewis*
ALEX C. LEWIS
Assistant United States Attorney
Deputy Criminal Chief

*s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Email: Shawn.Smith2@usdoj.gov

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Curt Crum, counsel for the defendant, and he does not oppose the granting of this motion.

*s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2022, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a ⌠Notice of Electronic Filing⌡ to the following attorneys of record who has consented in writing to accept this Notice as service of this document by electronic means.

*s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney