IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | No. 4:22-CR-253-P |
| LAUREN WHITNEY MOORE (01) | § | |

## ORDER

Came on to be considered the government's motion to dismiss the indictment filed on August 24, 2022, against defendant **LAUREN WHITNEY MOORE**. The Court finds said motion to be meritorious.

It is therefore Ordered, Adjudged, and Decreed, that the government's motion to dismiss the indictment filed against the defendant **LAUREN WHITNEY MOORE** in this Cause be, and it is hereby, Granted.

It is further Ordered, Adjudged, and Decreed, that the indictment against **LAUREN WHITNEY MOORE** in this Cause is hereby Dismissed, without prejudice.

Signed this 21st day of November 2022.

MARK T. PITTMAN
United States District Judge